*Form 237* (3/23)–doc 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:              )<br>   Nathan A Cockrum     )<br>                                )<br>                                )<br>   Debtor(s).          )<br>                                )<br>                                ) | Case No. 25−13493−djb<br><br>Chapter: 13 |

## NOTICE

To TD Retail Card Services;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #48 in the amount of $311.00 has been filed in your name by the Debtor on 11/12/25.

Date: November 13, 2025                                                                 For The Court

                                                                                                                                 Mohung Wong
                                                                                                                                 Clerk of Court