**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13493** |
| **Nathan A Cockrum** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | ****************** |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **October 29, 2026 at 11:00 AM** |
| | : | |
| **Nathan A Cockrum** | : | **U.S. Bankruptcy Court** |
| **Kenneth E. West** | : | **900 Market Street, Suite 400** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |
| | : | |

**MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY REGARDING THE PERSONAL PROPERTY KNOWN AS 2024 SUBARU OUTBACK LIMITED XT CVT, VIN 4S4BTGND8R3200927**

JPMorgan Chase Bank, N.A. (the "Creditor"), by and through the undersigned counsel, files this Motion for Relief from the automatic stay pursuant to 11 U.S.C. § 362 and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, annulling, or dissolving the automatic stay, averring as follows.

1. This is an action arising pursuant to a case under Title 11 of the United States Code.
2. Creditor is a lending institution duly authorized to conduct business in the Commonwealth of Pennsylvania.
3. Creditor is a party-in-interest in the above referenced Bankruptcy matter as it is a secured creditor of the Debtor.

4. The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

5. On November 21, 2023, Nathan Allen Cockrum (the "Debtor") obtained a loan from JPMorgan Chase Bank, N.A., or its predecessor-in-interest, in the amount of $38,651.51 for the purchase of a 2024 Subaru Outback Limited XT CVT, VIN 4S4BTGND8R3200927 ("Collateral"). Debtor agreed to make periodic payments to JPMorgan Chase Bank, N.A., or its predecessor-in-interest. Such loan was evidenced by a Closed-End Motor Vehicle Lease Agreement, (the "Contract"), a copy of which is attached hereto as Exhibit A.

6. To secure payment of the Contract, Debtor delivered the Certificate of Title for a Vehicle to the Collateral to Creditor or Creditor's predecessor-in-interest. On or about January 4, 2024, Creditor or Creditor's predecessor-in-interest perfected its security interest in the Collateral by delivering the Certificate of Title for a Vehicle along with the appropriate application and fees to the Department of Transportation of the Commonwealth in accordance with Pa.C.S. § 1132.1(a). As a result, Creditor has a valid security interest in the Collateral. A copy of the electronic title inquiry is attached hereto as Exhibit B (the "Title").

7. Creditor believes the clean retail value of the Collateral is $32,125.00 based upon the 2026 JD Power Used Cars/Trucks valuation, a copy of which is attached as Exhibit C.

8. On September 2, 2025, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code ("Petition").

9. Pursuant to Debtor's Schedule C, Debtor has claimed an exemption in the amount of $5,025.00 against the Collateral.

10. Debtor's Chapter 13 Plan calls for the Debtor to retain the Collateral.

11. Debtor's Chapter 13 plan provides for the payment of prepetition arrearages, if any, owed to Creditor through the Plan. Debtor is to make all ongoing regular monthly payments directly to the Creditor.

12. As of September 15, 2026, Debtor has failed to make one partial post-petition payment for the month of March 2026 in the amount of $446.52, and five full post-petition payments in the amount of $574.42 per month for the months of April 2026 through August 2026, totaling $3,318.62.

13. As of September 15, 2026, there is currently due and owing on the Contract the outstanding principal balance of $31,665.11, plus interest accruing thereon at the rate of 0% per annum. The total amount due is broken down as follows:

| **Total Loan Balance** | |
|---|---|
| **Description** | Amount |
| Principal | $31,665.11 |
| Interest | $0.00 |
| Escrow advance | $0.00 |
| Late charges | $0.00 |
| Other Fees | $0.00 |
| Less Contractual Suspense Funds | $(0.00) |
| Total: $31,665.11 | |

14. Creditor seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed under applicable nonbankruptcy law to enforce its remedies to repossess and sell the Collateral.

15. Creditor is entitled to relief from the automatic stay for the following reason(s):

a. Creditor lacks adequate protection of its secured interest in the Collateral pursuant to 11 USC § 362(d)(1) as a result of Debtor's failure to make payments when due.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests this Honorable Court to enter an order terminating the automatic stay as it affects the interests of JPMorgan Chase Bank, N.A. in the Collateral, and granting such other relief as this Honorable Court may deem just. Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within 30 days of the date it is filed. Creditor further requests that Rule 4001(a)(4) be waived so that an Order Granting Relief from the automatic stay will take immediate effect.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13493** |
| **Nathan A Cockrum** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **October 29, 2026 at 11:00 AM** |
| | : | |
| **Nathan A Cockrum** | : | **U.S. Bankruptcy Court** |
| **Kenneth E. West** | : | **900 Market Street, Suite 400** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |
| | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Motion of JPMorgan Chase Bank, N.A. for Relief from the Automatic Stay regarding the Personal Property known as 2024 Subaru Outback Limited XT CVT, VIN 4S4BTGND8R3200927 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Nathan A Cockrum, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Nathan A Cockrum, 818 Ormond Avenue, Drexel Hill, PA 19026

/s/ Adam B. Hall

25-023942_BEW1